# UNITED STATES DISTRICT COURT
### _____   District of Minnesota   _____

D. Christian Wise and
Cheryl Wise,                                          **JUDGMENT IN A CIVIL CASE**

       Plaintiffs,

v.                                                    Case No. 15-cv-3337 (WMW/SER)

Mayo Clinic Rochester,

       Defendants.

---

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

Defendant's oral motion for judgment as a matter of law is GRANTED.
Plaintiff's complaint, (Dkt. 1), is DISMISSED.


Date: August 9, 2017                                   RICHARD D. SLETTEN, CLERK

s/Wilhelmina M. Wright                                 s/Terianne Bender
Wilhelmina M. Wright                                   (by) Terianne Bender
United States District Judge                           Deputy Clerk